```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                  )
RICHARD MAXIMUS STRAHAN, a/k/a    )
Man Against Xtinction,            )
                                  )
           Plaintiff,             )
                                  )       CIVIL ACTION
      v.                          )       NO. 25-10377-WGY
                                  )
NEAL JACOBS, as Administrator of  )
NOAA, EMILY MENASHES, as          )
Assistant Administrator of NMFS,  )
MASSACHUSETTS LOBSTERMEN'S        )
ASSOCIATION, and ARTHUR SAWYER,   )
                                  )
           Defendants.            )
                                  )
_____
```

YOUNG, D.J.                                            February 18, 2025

**ORDER**

1. Plaintiff's motion [ECF No. 4] for leave to proceed <u>in forma pauperis</u> is GRANTED.

2. Plaintiff's Petition [ECF No. 3] for a temporary restraining order and a preliminary injunction is DENIED WITHOUT PREJUDICE. Plaintiff has failed to provide notice to Defendants as there is no certification in writing of any effort made to provide at least informal notice and no details as to the reasons why such notice should not be required in view of an immediate and irreparable need for injunctive relief. <u>See</u> Fed. R. Civ. P. 65(b). Additionally, the request is not supported with a separate memorandum of reasons, <u>see</u> Local Rule 7.1(b)(1) ("A party filing a motion

      shall at the same time file a memorandum of reasons, including citation of supporting authorities, why the motion should be granted. Affidavits and other documents setting forth or evidencing facts on which the motion is based shall be filed with the motion."), and therefore does not address the legal requirements for a preliminary injunction.

3. The Clerk shall issue summonses for service of the complaint and shall send the summonses, a copy of the complaint, and this Order to the plaintiff, who must serve the defendants with these documents in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. The plaintiff may elect to have service made by the United States Marshals Service ("USMS"). If plaintiff chooses to have service completed by the USMS, he shall provide the agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by plaintiff with all costs of service to be advanced by the United States.

5. Plaintiff shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service in a timely fashion may result in dismissal of this

[3]

action without prior notice to plaintiff.  See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**SO ORDERED.**

                                       /s/ William G. Young  
                                       WILLIAM G. YOUNG  
                                       UNITED STATES DISTRICT JUDGE